UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br>Plaintiff,<br>v.<br>NEW ENGLAND INVESTMENT COMPANY, INCORPORATED,<br>Defendant. | Case No. 17-cv-03395-SK<br><br>**ORDER TO SHOW CAUSE REGARDING PENDING MOTION FOR LEAVE TO AMEND**<br><br>Regarding Docket No. 47 |

On January 16, 2019, Plaintiff filed a motion for leave to file an amended complaint and noticed it for hearing on February 25, 2019. Pursuant to Northern District of California Local Rule 7-3(a), Defendant's response was due by January 30, 2019. To date, Defendant has not filed an opposition brief. Accordingly, Defendant is HEREBY ORDERED TO SHOW CAUSE in writing by no later than February 19, 2019 why the Court should not grant Plaintiff's motion unopposed.

If Defendant seeks to file an untimely opposition brief, Defendant must submit a request to do so showing good cause for its failure to comply with the deadline required by the Local Rules, and must submit the proposed opposition brief along with the request. If Defendant fails to file a response to this Order to Show Cause by February 19, 2019, the Court will grant Plaintiff's motion for leave to file an amended complaint as unopposed without further notice to Defendant.

///
///
///
///
///

The Court VACATES the hearing date of February 25, 2019 and will reset the hearing at a later date, if necessary.

**IT IS SO ORDERED**.

Dated: February 11, 2019



SALLIE KIM
United States Magistrate Judge